■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO COLON, Appellant. [914 NYS2d 66]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (D'Emic, J.), imposed March 30, 2009, on the ground that the sentence was both illegal and excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Skelos, Florio, Leventhal and Austin, JJ., concur.